RACHEL YEDLIN and YETTA TARTAKOFF, Appellants, v. HARRIS RUBIN and Others, Respondents.— Defendants' motions for reargument and for resettlement of most of order denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

BEDELL MOTOR CAR COMPANY, Appellant, v. HYMAN ROSENSEN, Respondent. — Order vacating body execution affirmed, without costs. No opinion. Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ., concur.

ALVIN C. CASS, Appellant, v. CHARLES L. APFEL, Respondent.— Order relieving defendant from contempt modified by requiring as a condition thereof that within ten days from entry of the order herein defendant pay to plaintiff the taxable costs to date, together with the sum of $250; and also that within twenty days from entry of said order defendant give a surety company bond in the sum of $50,000 to pay any judgment that plaintiff may recover herein. If the conditions so directed be complied with, the order as modified is affirmed, without costs; otherwise, order reversed upon the law and the facts, with $10 costs and disbursements, and motion denied, with $10 costs. Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ., concur.

RALPH CERRETA, Appellant, v. LAURA BURT COSTELLO, etc., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

CHARLES CRONAUER, Appellant, v. HENRIETTA J. CRONAUER, Respondent.— Order vacating findings and judgment, and allowing defendant to answer, affirmed with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning Young, Kapper and Hagarty, JJ., concur.

HENRY W. CUMMINGS, Appellant, v. JOHN DE LISA, Respondent.— Order setting aside verdict and dismissing complaint, and judgment entered thereon, reversed upon the law, with costs to appellant, verdict reinstated, and judgment for $1,948, with interest from December 18, 1925, and costs, directed to bo entered thereon. The record discloses that plaintiff was shown to be the real party in interest, and had the right to maintain the action. It was understood that the full amount claimed by plaintiff and found by the jury was the amount above specified, and the trial court should have directed that judgment be entered for that amount. Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ., concur.